UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KENWELL TRADING LIMITED,

                                                 Civil Action No. 3:22-cv-00248

                *Plaintiff*,

v.

PORCELEN, LIMITED, CONNECTICUT, LLC,

                *Defendant.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Plaintiff Kenwell Trading Limited, for its complaint against Defendant Porcelen, Limited, Connecticut, LLC, d/b/a Specrail, alleges as follows:

Parties

1. Plaintiff Kenwell Trading Limited (hereinafter, "Plaintiff" or "Kenwell") is a private company limited by shares organized under the laws of the Hong Kong Special Administrative Region of the People's Republic of China, with a principal place of business in Hong Kong, China.

2. Defendant Porcelen, Limited, Connecticut, LLC, which has also operated under the name and/or alter ego "Specrail" (hereinafter, "Defendant" or "Porcelen/Specrail"), is a limited liability company organized under the laws of Connecticut with a principal place of business in Hamden, Connecticut. Porcelen/Specrail's principal and member is G&S Metal Products Co., Inc., a Ohio corporation with a principal place of business in Cleveland, Ohio.

Jurisdiction and Venue

3. This Court has original jurisdiction over this matter pursuant to 28 U.S.C. § 1332(a)(2), as Plaintiff is a citizen of a foreign state, Defendant is a citizen of a State, and the amount in controversy exceeds $75,000.

4. This Court also has original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as the action arises under the laws and treaties of the United States, namely the United Nations Convention on Contracts for the International Sale of Goods ("CISG"), and has supplemental jurisdiction over the state law claims in this action pursuant to 28 U.S.C. § 1367, as such claims form part of the same case or controversy.

5. Venue lies in this district pursuant to 28 U.S.C. § 1391(b)(1), as Defendant is a resident of this district. Venue also lies in this district pursuant to 28 U.S.C. § 1391(b)(2), as a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this district.

## Statement of Facts

6. Defendant Porcelen/Specrail is a U.S.-based manufacturer of aluminum fences and railings.

7. Beginning in 2017, Porcelen/Specrail contracted with Plaintiff Kenwell, a private company based in Hong Kong, to supply and handle importing, customs clearance, and delivery of fencing materials to Porcelen/Specrail in the United States. Kenwell's founder had prior business dealings with Porcelen/Specrail and its executives as early as 2004.

8. Prior to Kenwell's first shipment of goods to Porcelen/Specrail, Kenwell arranged to include written terms and conditions with the first shipment that provided, in relevant part, that (i) delinquent payments would be subject to finance charges of 0.5% per month, or an annual percentage rate of 6%, and (ii) the buyer was obligated to pay collection expenses, including reasonable attorney's fees and court costs.

9. The parties' usual course of dealings was as follows: Porcelen/Specrail addressed Purchase Orders to Kenwell specifying the types and quantities of fencing materials it wished to

order. Each Purchase Order included prices inclusive of customs, delivery, and other administrative costs. Each Purchase Order was approved by "JM" – John Moynihan, Product Manager and Importer for Porcelen/Specrail. When the fencing materials requested in each Purchase Order were ready, Kenwell would arrange for their shipment, and issue a Commercial Invoice to Porcelen/Specrail indicating payment to be due 60 days after shipment. Through a third party, Kenwell paid for all importing, customs, and delivery costs. Porcelen/Specrail was to pay Kenwell the amounts reflected on each Purchase Order and corresponding Commercial Invoice.

10. In the latter half of 2018, however, Porcelen/Specrail failed to pay for a series of Purchase Orders that were fulfilled by Kenwell, totaling USD $914,933.72.

   a. Porcelen/Specrail addressed Purchase Order No. IPO-12112017-6 **(Customer PO# VSP-75)** to Kenwell on December 11, 2017, for fencing materials in the amount of $45,398.85. Kenwell fulfilled Order No. IPO-12112017-6 (VSP-75) and submitted a corresponding Commercial Invoice No. 18CSGK-004A to Porcelen/Specrail on April 6, 2018, with payment due 60 days after shipment. The goods departed no later than April 12, 2018, arrived in the United States on May 12, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   b. Porcelen/Specrail addressed Purchase Order No. IPO-12112017-7 **(Customer PO# VSP-76)** to Kenwell on December 11, 2017, for fencing materials in the amount of $43,932.21. Kenwell fulfilled Order No. IPO-12112017-7 (VSP-76) and submitted a corresponding Commercial Invoice No. 18CSGK-004B to Porcelen/Specrail on April 6, 2018, with payment due 60 days after shipment. The goods departed no later than April 12, 2018, arrived in the United States on May 12, 2018, and on information

and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   c.  Porcelen/Specrail addressed Purchase Order No. IPO-12112017-8 **(Customer PO# VSP-77)** to Kenwell on December 11, 2017, for fencing materials in the amount of $43,932.21. Kenwell fulfilled Order No. IPO-12112017-8 (VSP-77) and submitted a corresponding Commercial Invoice No. 18CSGK-008A to Porcelen/Specrail on May 11, 2018, with payment due 60 days after shipment. The goods departed no later than May 17, 2018, arrived in the United States on June 16, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   d.  Porcelen/Specrail addressed Purchase Order No. IPO-12112017-11 **(Customer PO# VSP-80)** to Kenwell on December 11, 2017, for fencing materials in the amount of $43,932.21. Kenwell fulfilled Order No. IPO-12112017-11 (VSP-80) and submitted a corresponding Commercial Invoice No. 18CSGK-010A to Porcelen/Specrail on May 18, 2018, with payment due 60 days after shipment. The goods departed no later than May 24, 2018, arrived in the United States on June 23, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   e.  Porcelen/Specrail addressed Purchase Order No. IPO-01152018-1 **(Customer PO# VSP-82)** to Kenwell on January 15, 2018, for fencing materials in the amount of $45,525.24. Kenwell fulfilled Order No. IPO-01152018-1 (VSP-82) and submitted a corresponding Commercial Invoice No. 18CSGK-005A to Porcelen/Specrail on April 6, 2018, with payment due 60 days after shipment. The goods departed no later than April 12, 2018, arrived in the United States on May 12, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   f.  Porcelen/Specrail addressed Purchase Order No. IPO-01152018-2

**(Customer PO# VSP-83)** to Kenwell on January 15, 2018, for fencing materials in the amount of $38,610.74. Kenwell fulfilled Order No. IPO-01152018-2 (VSP-83) and submitted a corresponding Commercial Invoice No. 18CSGK-005B to Porcelen/Specrail on April 6, 2018, with payment due 60 days after shipment. The goods departed no later than April 12, 2018, arrived in the United States on May 12, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   g. Porcelen/Specrail addressed Purchase Order No. IPO-01152018-3 **(Customer PO# VSP-84)** to Kenwell on January 15, 2018, for fencing materials in the amount of $39,571.17. Kenwell fulfilled Order No. IPO-01152018-3 (VSP-84) and submitted a corresponding Commercial Invoice No. 18CSGK-010B to Porcelen/Specrail on May 18, 2018, with payment due 60 days after shipment. The goods departed no later than May 24, 2018, arrived in the United States on June 23, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   h. Porcelen/Specrail addressed Purchase Order No. IPO-1152018-4 **(Customer PO# ALUM-1)** to Kenwell on January 15, 2018, for fencing materials in the amount of $43,316.30. Kenwell fulfilled Order No. IPO-1152018-4 (ALUM-1) and submitted a corresponding Commercial Invoice No. 18CSGK-016A to Porcelen/Specrail on June 22, 2018, with payment due 60 days after shipment. The goods departed no later than June 28, 2018, arrived in the United States on July 23, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

   i. Porcelen/Specrail addressed Purchase Order No. IPO-01152018-5 **(Customer PO# VSP-86)** to Kenwell on January 15, 2018, for fencing materials in the amount of $44,352.67. Kenwell fulfilled Order No. IPO-01152018-5 (VSP-86) and

submitted a corresponding Commercial Invoice No. 18CSGK-011 to Porcelen/Specrail on May 18, 2018, with payment due 60 days after shipment. The goods departed no later than May 24, 2018, arrived in the United States on June 23, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

j. Porcelen/Specrail addressed Purchase Order No. IPO-01152018-6 **(Customer PO# ALUM-2)** to Kenwell on January 15, 2018, revised April 27, 2018, for fencing materials in the amount of $43,316.30. Kenwell fulfilled Order No. IPO-01152018-6 (ALUM-2) and submitted a corresponding Commercial Invoice No. 18CSGK-016B to Porcelen/Specrail on June 22, 2018, with payment due 60 days after shipment. The goods departed no later than June 28, 2018, arrived in the United States on June 23, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

k. Porcelen/Specrail addressed Purchase Order No. IPO-01162018-1 **(Customer PO# ALUM-3)** to Kenwell on January 16, 2018, revised April 27, 2018, for fencing materials in the amount of $43,316.30. Kenwell fulfilled Order No. IPO-01162018-1 (ALUM-3) and submitted a corresponding Commercial Invoice No. 18CSGK-017A to Porcelen/Specrail on June 29, 2018, with payment due 60 days after shipment. The goods departed no later than July 5, 2018, arrived in the United States on July 30, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

l. Porcelen/Specrail addressed Purchase Order No. IPO-01162018-2 **(Customer PO# ALUM-4)** to Kenwell on January 16, 2018, revised April 27, 2018, for fencing materials in the amount of $43,316.30. Kenwell fulfilled Order No. IPO-

01162018-2 (ALUM-4) and submitted a corresponding Commercial Invoice No. 18CSGK-017B to Porcelen/Specrail on June 29, 2018, with payment due 60 days after shipment. The goods departed no later than July 5, 2018, arrived in the United States on July 30, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      m.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-3 **(Customer PO# VSP-90)** to Kenwell on January 16, 2018, for fencing materials in the amount of $45,702.04. Kenwell fulfilled Order No. IPO-01162018-3 (VSP-90) and submitted a corresponding Commercial Invoice No. 18CSGK-012A to Porcelen/Specrail on June 1, 2018, with payment due 60 days after shipment. The goods departed no later than June 8, 2018, arrived in the United States on July 7, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      n.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-4 **(Customer PO# VSP-91)** to Kenwell on January 16, 2018, for fencing materials in the amount of $45,862.76. Kenwell fulfilled Order No. IPO-01162018-4 (VSP-91) and submitted a corresponding Commercial Invoice No. 18CSGK-012B to Porcelen/Specrail on June 1, 2018, with payment due 60 days after shipment. The goods departed no later than June 8, 2018, arrived in the United States on July 7, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      o.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-5 **(Customer PO# VSP-92)** to Kenwell on January 16, 2018, for fencing materials in the amount of $39,391.99. Kenwell fulfilled Order No. IPO-01162018-5 (VSP-92) and submitted a corresponding Commercial Invoice No. 18CSGK-013A to Porcelen/Specrail

on June 1, 2018, with payment due 60 days after shipment. The goods departed no later than June 14, 2018, arrived in the United States on July 13, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      p.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-6 **(Customer PO# VSP-93)** to Kenwell as revised April 16, 2018, for fencing materials in the amount of $44,475.90. Kenwell fulfilled Order No. IPO-01162018-6 (VSP-93) and submitted a corresponding Commercial Invoice No. 18CSGK-013B to Porcelen/Specrail on June 1, 2018, with payment due 60 days after shipment. The goods departed no later than June 14, 2018, arrived in the United States on July 13, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      q.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-7 **(Customer PO# VSP-94)** to Kenwell as revised April 27, 2018, for fencing materials in the amount of $44,475.90. Kenwell fulfilled Order No. IPO-01162018-7 (VSP-94) and submitted a corresponding Commercial Invoice No. 18CSGK-014A to Porcelen/Specrail on June 8, 2018, with payment due 60 days after shipment. The goods departed no later than June 21, 2018, arrived in the United States on July 22, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      r.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-8 **(Customer PO# VSP-95)** to Kenwell as revised April 27, 2018, for fencing materials in the amount of $44,475.90. Kenwell fulfilled Order No. IPO-01162018-8 (VSP-95) and submitted a corresponding Commercial Invoice No. 18CSGK-014B to Porcelen/Specrail on June 8, 2018, with payment due 60 days after shipment. The goods departed no later than June 21, 2018, arrived in the United States on July 22, 2018, and on information and

belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      s.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-9 **(Customer PO# VSP-96)** to Kenwell on January 16, 2018, for fencing materials in the amount of $45,702.04. Kenwell fulfilled Order No. IPO-01162018-9 (VSP-96) and submitted a corresponding Commercial Invoice to Porcelen/Specrail No. 18CSGK-015A on June 15, 2018, with payment due 60 days after shipment. The goods departed no later than June 22, 2018, arrived in the United States on July 30, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      t.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-10 **(Customer PO# VSP-97)** to Kenwell on January 16, 2018, for fencing materials in the amount of $45,655.14. Kenwell fulfilled Order No. IPO-01162018-10 (VSP-97) and submitted a corresponding Commercial Invoice No. 18CSGK-014C to Porcelen/Specrail on June 8, 2018, with payment due 60 days after shipment. The goods departed no later than June 21, 2018, arrived in the United States on July 22, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

      u.      Porcelen/Specrail addressed Purchase Order No. IPO-01162018-11 **(Customer PO# VSP-98)** to Kenwell on January 16, 2018, for fencing materials in the amount of $40,671.55. Kenwell fulfilled Order No. IPO-01162018-11 (VSP-98) and submitted a corresponding Commercial Invoice No. 18CSGK-015B to Porcelen/Specrail on June 15, 2018, with payment due 60 days after shipment. The goods departed no later than June 22, 2018, arrived in the United States on July 30, 2018, and on information and belief, were delivered to Porcelen/Specrail within a reasonable time thereafter.

11.      On the 8th of June, 9th of July, 30th of July, and 13th of August, 2018, Kenwell

paid for customs and delivery fees for various deliveries to Porcelen/Specrail, including each of the deliveries set forth in Paragraph 10.

12. Porcelen/Specrail has never indicated to Kenwell any lack of conformity of the goods in any of the deliveries set forth in Paragraph 10.

13. Despite Kenwell's performance in full on each of the Purchase Orders set forth in Paragraph 10, Porcelen/Specrail failed to pay any of the corresponding Commercial Invoices by their respective payment due dates, and still has not paid them to this day.

14. In 2019, Kenwell made numerous attempts to receive payment from Porcelen/Specrail. During those discussions, Porcelen/Specrail never disclaimed its obligation to pay. Indeed, on Wednesday, November 6, 2019, Porcelen/Specrail's then-CFO Heather Holmes wrote to Kenwell, **"I will send the wire confirmation on friday,"** *i.e.*, November 8, 2019. No payment was forthcoming.

15. Due to the Coronavirus pandemic, communication between the parties slowed significantly until late 2021.

16. On September 17, 2021, Kenwell, through Hong Kong counsel, sent a demand letter to Porcelen/Specrail regarding the outstanding $914,933.72. Kenwell received no response.

17. On December 15, 2021, Kenwell, through Connecticut counsel, sent another demand letter Porcelen/Specrail regarding the outstanding $914,933.72. Kenwell again received no response.

### FIRST CAUSE OF ACTION
### (For Breach of Contract)

18. Plaintiff incorporates herein and realleges all of the preceding paragraphs as if realleged in full at this point.

19. Plaintiff and Defendant entered agreements for Plaintiff to provide fencing materials and related delivery services to Defendant in exchange for Defendant's payment of the indicated prices. In none of the parties' agreements did the parties exclude the application of the CISG.

20. Plaintiff fully performed under the agreements.

21. Defendant breached the parties' agreements by failing to pay for the goods and services as agreed, and Plaintiff has been damaged thereby.

## SECOND CAUSE OF ACTION
### (For Unjust Enrichment)

22. Plaintiff incorporates herein and realleges paragraphs 1 through 17 as if realleged in full at this point.

23. Plaintiff pleads in the alternative, if it lacks an available remedy under a contract, that with Defendant's knowledge and assent, Plaintiff provided $914,933.72 dollars' worth of fencing materials and related delivery services to Defendant for which Defendant unjustly did not pay. Defendant has benefitted from the delivery of valuable fencing material which Defendant can use to generate sales, while Plaintiff has not been compensated for its goods and services.

24. As a direct and proximate result of the foregoing, Defendant has been unjustly enriched, and Plaintiff has been damaged thereby.

## THIRD CAUSE OF ACTION
### (For Promissory Estoppel)

25. Plaintiff incorporates herein and realleges paragraphs 1 through 17 as if realleged in full at this point.

26. Plaintiff pleads in the alternative, if it lacks an available remedy under a contract,

that Defendant promised to pay Plaintiff for the materials Defendant requested through purchase orders.

27. The parties' history allowed Plaintiff to reasonably rely on the promise to pay and deliver the goods to its detriment.

28. Plaintiff no longer has access to the goods that were shipped and delivered to Defendant. Plaintiff also has not received the money it is owed and therefore has incurred the injury of not receiving its promised payment.

WHEREFORE, Plaintiff respectfully requests that the Court enter judgment against Defendant, as follows:

A. For compensatory damages in the amount of $914,933.72;

B. Interest running from the time the respective payments were due;

C. Reasonable attorneys' fees for this action and for the enforcement steps taken preliminarily to filing this action; and

D. Awarding Plaintiff its costs and such other and further relief as to the Court may appear proper.

Respectfully submitted,

By: __/s/Jenny R. Chou_____
Jenny R. Chou (ct 28201)
WIGGIN AND DANA LLP
One Century Tower
New Haven, Connecticut 06508-1832
(203) 498-4400 (tel.)
(203) 782-2889 (fax)
jchou@wiggin.com

*Attorney for Kenwell Trading Limited*